## MINOR v. COOK.

If a process, by foreign attachment be not legally served on the original debtor, the garnishee shall take no advantage of it, on the *scire facias* against him.

THIS was a *scire facias* against garnishee; to which he pleaded, that Benjamin Shearman, defendant in the original suit, was not, at the time of bringing said suit, an absent or absconding debtor; but, at that time, and for more than eight months next preceding, had been a dweller in the town of Norwich, and the plaintiff's debt (if any) arose for boarding and lodging said Shearman in his house during said term; and that the original writ was never served upon said Shearman in any manner whatever, either by copy or reading; wherefore there was no legal foundation for a judgment in said suit.

There was a replication, rejoinder and demurrer thereto; and upon the insufficiency of the plea, judgment was for the plaintiff.

By the whole COURT.    Benjamin Shearman, the principal debtor, is described in the declaration in the original action, to be an inhabitant of the state of Rhode Island; and if he had any residence in this state, at the time of serving the writ, so that he ought, by law, to have been served with a copy of it, and that was omitted, it might have been pleaded

---

in abatement to the action; but the garnishee cannot take advantage of it in this suit; nor can that omission any way prejudice him; for he will be indemnified against any recovery by said Shearman, to the amount of what shall be recovered of him by the plaintiff in this suit; and if Shearman has suffered for want of legal notice, he only has right to apply for redress.